and be ready for argument when reached; otherwise, motion denied, with $10 costs. See, also, 153 N. Y. Supp. 1137.

---

PEOPLE ex rel. SMEDLEY v. SCHNEIDER. (Supreme Court, Appellate Division, First Department. Nov. 27, 1914.) Proceeding by the People of the State of New York, on the relation of Mary C. Smedley, against Wm. F. Schneider. No opinion. Motion denied, without costs. Settle order on notice. Memorandum per curiam.

---

PEOPLE ex rel. WRUBEL, Appellant, v. GLICKMAN, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York, on the relation of Bella Wrubel, against Eddy Glickman.

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Order affirmed, without costs.

---

PERCIPPE, Respondent, v. MANEE, et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by F. Leon Percippe against Elias S. Manee and another. E. P. Mowton, of New York City, for appellants. L. Lowenstein, of New York City, for respondent. No opinion. Judgment and order reversed, and new trial ordered, with costs to appellant to abide event, unless plaintiff stipulates to reduce verdict to $500, in which event, judgment, as so modified, and order, affirmed, without costs. Settle order on notice.

---

In re PERRY. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) In the matter of Rufus L. Perry, an attorney. No opinion. Matter referred to Patrick E. Callahan, Esq., as referee, and the district attorney of Kings county designated to conduct the proceeding.

---

PFIRSICH, Respondent, v. AYER, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Anna Pfirsich, an infant, against Harriet W. Ayer. R. B. Cumming, of New York City, for appellant. H. L. Slobodin, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

---

PICHLER v. PICHLER. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Mary Pichler against Fritz Pichler. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

PIERCE, Respondent, v. SUN INS. OFFICE, Appellant. (Supreme Court, Appellate Division, First Department. May 21, 1915.) Action by Fred E. Pierce against the Sun Insurance Office. W. C. Prime, of New York City, for appellant. A. A. Wheat, of New York City, for respondent. No opinion. Determination (147 N. Y. Supp. 947) reversed, and judgment of Municipal Court affirmed, with costs in this court and in the Appellate Term to the defendant. Settle order on notice. See, also, 165 App. Div. 908, 149 N. Y. Supp. 1106.

---

PIESEN v. MITCHELL et al. (two cases). (Supreme Court, Appellate Division, First Department, May 28, 1915.) Actions by Hugo H. Piesen against Mary E. Mitchell and others. No opinion. Motions granted, unless appellant complies with terms stated in orders. Orders filed.

---

PINES v. NOVICK et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Dora Pines against Sadie Novick and others. (Appeal No. 1.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Appeal dismissed, without costs. See, also, 153 N. Y. Supp. 1138.

---

PINES v. NOVICK et al. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Action by Dora Pines against Sadie Novick and others. (Appeal No. 3.)

PER CURIAM. The parties hereto having stipulated in open court that this case may be disposed of by a court of four, the decision is as follows: Appeal from so much of the order as denies motion to vacate judgment and for reargument of motion to open default dismissed, without costs. See, also, 153 N. Y. Supp. 891, 1138.

---

PLANT, Respondent, v. ASHBY, Appellant. (Supreme Court, Appellate Division, Fourth Department. May 12, 1915.) Action by James E. Plant against Charles M. L. Ashby. No opinion. Appeal dismissed, with $15 costs to plaintiff, upon stipulation filed.

---

POLICASTRO v. SPRAGUE et al. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Nicholas Policastro against Charles S. Sprague and others. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

POWERS v. VILLAGE OF MECHANICVILLE. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Action by Anna Powers against the Village of Mechanicville. No opinion. Motion denied. See, also, 152 N. Y. Supp. 1077.

---

PRIMO, Respondent, v. UNITED STATES CASUALTY CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May